*E-FILED 6/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO JIMENEZ,<br><br>　　　　Defendant. | NO. C-08-03345-RMW<br>NO. CR-00-20332-RMW<br><br>ORDER RE REQUEST FOR PARDON<br><br>[Docket No.' s. 1 (C-08-03345) and 87 (CR-00-20332] |

　　　The court received a letter from Mauricio Jimenez on July 9, 2008 requesting a pardon in the form of a reduction in his sentence. The clerk docketed the matter as a motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 and it is shown as not having been ruled upon. Although the court is pleased that Mr. Jimenez apparently did well during the service of his sentence, the court could not reduce the term of his incarceration.

DATED: 6/23/10

　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge

NO. C-08-03345-RMW
NO. CR-00-20332-RMW

ORDER RE REQUEST FOR PARDON

Copy of Order Mailed to:

**Mauricio Jimenez**
99437-111
Federal Correctional Institution, La Tuna
P.O. Box 3000
Anthony, TX 88021

1.

NO. C-08-03345-RMW
NO. CR-00-20332-RMW

ORDER RE REQUEST FOR PARDON